DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
MCNUTT LAW FIRM, P.C.
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
Attorneys for *Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CREATIVE SURFACES, INC., a South Dakota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LISA CARMONA SWONGER, an individual;<br><br>Defendant. | Case No.: 2:17-cv-02494-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S REPLY TO MOTION TO DISMISS DEADLINE**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Creative Surfaces, Inc. ("Plaintiff") and Lisa Carmona Swonger ("Defendant"), by and through their counsel of record, that Defendant's reply deadline to her December 11, 2017 Motion to Dismiss (ECF No. 5) currently set for January 2, 2018 shall be extended for one week to January 9, 2018.

The Parties represent that this stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

DATED this 28th day of December, 2017.    DATED this 28th day of December, 2017.

*/s/ Dan McNutt*
Dan McNutt, Esq. (SBN 6247)
Matthew C. Wolf, Esq. (SBN 10801)
MCNUTT LAW FIRM, P.C.
625 S. 8th Street
Las Vegas, Nevada 89101
drm@mcnuttlawfirm.com
mcw@ mcnuttlawfirm.com
*Attorneys for Defendant*

*/s/ Esther C. Rodriguez*
Esther C. Rodriguez, Esq. (SBN 6473)
RODRIGUEZ LAW OFFICES, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
info@rodriguezlaw.com
*Attorneys for Plaintiff*

1       IT IS SO ORDERED that Defendant's Reply to her Motion to Dismiss is extended to January 9, 2018.

                                            */s/ James C. Mahan*
                                            UNITED STATES DISTRICT JUDGE
                                            DATED: December 29, 2017