DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
MCNUTT LAW FIRM, P.C.
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
Attorneys for *Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CREATIVE SURFACES, INC., a South Dakota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LISA CARMONA SWONGER, an individual;<br><br>Defendant. | Case No.: 2:17-cv-02494-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND PRETRIAL DEADLINES**<br><br>**(FIRST REQUEST)** |

Defendant Lisa Carmona Swonger ("Defendant") and Plaintiff Creative Surfaces, Inc. ("Plaintiff") hereby stipulate to extend the discovery deadline and other pretrial deadlines by sixty days to accommodate the scheduling of depositions. This is the parties' first request for an extension. In compliance with D. NEV. R. I.A. 6-1 and D. NEV. R. 26-4, the parties submit the following:

1. ***Statement of the Discovery Completed to Date***. In February 2018, the parties made their initial disclosures of documents and witnesses. In May 2018, Plaintiff answered Defendant's first sets of interrogatories, requests for admissions, and requests for production. Plaintiff has served written discovery to Defendant, and Defendant's deposition has been noticed for July 3, 2018.

2. ***Specific Description of Remaining Discovery***. The parties wish to take depositions, as well as to serve subpoenas duces tecum and written discovery as needed.

3. ***Remaining Discovery that Cannot Be Completed Within the Time Limits Set by the Discovery Plan***. Discovery closes on July 6, 2018. The parties have been unable to schedule the depositions they wish to take before that date. That inability has been due to both sides already having depositions and hearings scheduled in other matters in June, the Fourth of July holiday, and the fact Plaintiff's counsel has a two-week federal jury trial in another case in late June 2018. Furthermore, the parties are presently working together on drafting a proposed stipulated protective order, pursuant to which Plaintiff intends to

produce additional documents to Defendant. Defendant will not be in a position to depose Plaintiff's witnesses until she receives those documents. The parties wish to extend the discovery deadline and other pretrial deadlines by 60 days to accommodate the depositions.

4. ***Proposed Scheduling Order***. The parties propose the following modifications to the existing discovery plan and scheduling order:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Amending the Pleadings and Adding Parties | 04/06/18 | No Change |
| Initial Expert Disclosure Deadline | 05/07/18 | No Change |
| Rebuttal Expert Disclosure Deadline | 06/06/18 | No Change |
| Close of Discovery | 07/06/18 | 09/04/18 |
| Dispositive Motion Deadline | 08/06/18 | 10/05/18 |
| Pretrial Order | 09/05/18 | 11/05/18 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

SO STIPULATED on June 7, 2018.

MCNUTT LAW FIRM

*/s/ Dan McNutt*
DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
625 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*

RODRIGUEZ LAW OFFICES, P.C.

*/s/ Esther C. Rodriguez*
ESTHER C. RODRIGUEZ (SBN 6473)
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 6-8-2018